# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Savino Falco,

Plaintiff(s),

v.

Brinson Company, Inc. et al,

Defendant(s).

Case No. 12-cv-10350
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Brinson Company, Inc. and Brinson Company - Midwest, Inc.
and against plaintiff(s) Savino Falco

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☒ tried by Judge Sara L. Ellis without a jury and the above decision was reached.
☐ decided by Judge        on a motion

Date: 2/22/2018

Thomas G. Bruton, Clerk of Court

Rhonda Johnson , Deputy Clerk